IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JK ENTERPRISES LLC DBA<br>J. KLINE JR. ENTERPRISES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY<br>AND ADAM CABRERA,<br><br>Defendants. | §§§§§§§§§§§ | 1:15-CV-188-RP |

## ORDER

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice (Clerk's Dkt. #14). By way of the stipulation, the parties state they have agreed to dismiss all disputes arising out of this action and ask the Court to dismiss all claims in this action with prejudice.

Accordingly, the Court hereby GRANTS the Agreed Stipulation of Dismissal with Prejudice (Clerk's Dkt. #14). It is therefore ORDERED that all claims and causes of action asserted by all parties are hereby DISMISSED WITH PREJUDICE.

Each party is to bear its own attorney's fees and costs.

**SIGNED** on September 1, 2015.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1